In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00264-CV
_____

IN RE ALAN ARROW AND SUSAN ARROW

Original Proceeding
284th District Court of Montgomery County, Texas
Trial Cause No. 18-10-14163-CV

## MEMORANDUM OPINION

This original proceeding stems from a discovery dispute. Alan Arrow and Susan Arrow filed a petition for writ of mandamus. In the petition, the Arrows ask this Court to either (1) order the real parties in interest to produce documents they withheld during discovery or (2) order the trial court to require the real parties to demonstrate why they are entitled to assert the privileges they claimed.

Mandamus will issue only to correct a clear abuse of discretion or violation of a duty imposed by law when that abuse cannot be remedied by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004); *Walker v. Packer*,

827 S.W.2d 833, 839 (Tex. 1992). After reviewing the mandamus record and petition, we conclude that the relators have not demonstrated an abuse of discretion occurred that could not be adequately remedied on appeal. Accordingly, we deny the Arrows' petition seeking writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on August 12, 2019
Opinion Delivered August 13, 2019

Before Kreger, Horton and Johnson, JJ.